# EPSTEIN & WEIL LLC

ATTORNEYS AT LAW                                                                                       (212) 732-4888

225 Broadway                                                                                           **LLOYD EPSTEIN**
New York, NY 10007                                                                                     **JUDITH H. WEIL**

August 6, 2020

VIA ECF and Email Jessica_Hummel@nysd.uscourts.gov
Hon. Judith C. McCarthy
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

                       Re: United States v. Duncan
                          Dkt. No. 20-Cr-365

Dear Judge McCarthy:

      Mr. Duncan is currently scheduled to be arraigned tomorrow. This will be impossible. Mr. Duncan was recently transferred from the MCC to the Westchester County Correctional Center. I am informed that he is now in quarantine, and cannot appear via telephone.

      In addition, I have not be able to review the indictment with Mr. Duncan. He and I had a legal call scheduled for last week from the MCC which was canceled because of the transfer. I have already made arrangements to speak to Mr. Duncan once his quarantine ends, but this will probably not take place until at least the middle of next week,

      I will be on vacation from August 12th through August 17th. I ask that the arraignment be rescheduled for anytime from August 19th to August 21st.

      Please feel free to have your Chambers call me if you have any questions.

                                      Sincerely,

                                      Lloyd Epstein
                                      Lloyd Epstein

LE:pc

cc. AUSA Jeffrey Coffman
    (Via ECF and Email)

    Mr. Terry Leon Duncan

**SO ORDERED:**
Application granted. The arraignment scheduled for August 7, 2020 is adjourned *sine die*. The parties are directed to contact Judge Smith's Chambers to reschedule the arraignment during the week of August 17th.

_____  8-6-2020
JUDITH C. McCARTHY
United States Magistrate Judge