UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Terry Leon Duncan

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR ~~TELE~~ CONFERENCE**

20 CR 365 (LMS)

Defendant Terry Leon Duncan hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☐ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

/s/ Terry Leon Duncan, electronic signature placed by USMJ Lisa Margaret Smith with permission from the defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Terry Leon Duncan

_____
Print Defendant's Name

*Lloyd Epstein*
_____
Defendant's Counsel's Signature

Lloyd Epstein

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

  8/20/2020
_____
Date

    Lisa Margaret Smith
_____
~~U.S. District Judge~~/U.S. Magistrate Judge