UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Terry Leon Duncan

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**Dkt. No** ~~20-CR-366~~ **(PMH)**
20-CR-00365

Defendant Terry Leon Duncan  hereby voluntarily consents to participate in the following proceeding via  teleconferencing:

☐        Initial Appearance Before a Judicial Officer

         Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐        Guilty Plea/Change of Plea Hearing

☐        Bail/Detention Hearing

x☐        Conference Before a District Judge


     Terry Leon Duncan
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Terry Leon Duncan

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Lloyd Epstein

_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 October 20, 2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge