# EPSTEIN & WEIL LLC

ATTORNEYS AT LAW                                                          (212) 732-4888

225 Broadway  
New York, NY 10007

LLOYD EPSTEIN  
STUART H. WEIL

> Application granted. Mr. Epstein may make his anticipated motion under seal.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 20.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_  
> Philip M. Halpern  
> United States District Judge
>
> Dated: New York, New York  
>         February 11, 2021

**Via ECF**  
Hon. Philip M. Halpern  
United States District Judge  
500 Pearl Street  
New York, NY 10007

**Re: United States v. Terry Duncan**  
**Dkt. No. 20-cr-365 (PHM)**

Dear Judge Halpern:

    I represent Terry Duncan in the referenced matter. I request permission to file a certain motion under seal, as it relates to confidential health information of an interested party.

    Please feel free to have your Chambers contact me at 917.270.6542 if you have any questions.

                                      Sincerely,

                                      Lloyd Epstein

LE:pc  
Enc.

cc.    Terry Duncan (Via Regular Mail)  
        AUSA Jeffrey Coffman (Via ECF)