# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  March 29, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                    **SCHEDULING ORDER**

    -against-                              7:20-cr-365-PMH

Terry Duncan
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Change of Counsel hearing for 3/30/2021 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  March 29, 2021
        White Plains, New York

                                        SO ORDERED:

                                        s/      PED

                                        PAUL E. DAVISON
                                        United States Magistrate Judge