UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | |
| Terry Duncan | 7:20-cr-00365-PMH |
| Defendant(s). | |

-------------------------------------------------------------------X

Defendant Terry Duncan hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐  Initial Appearance Before a Judicial Officer

☐  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐  Guilty Plea/Change of Plea Hearing

☐  Bail/Detention Hearing

☒  Conference Before a Judicial Officer -

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Terry Duncan
_____
Print Defendant's Name

Francis L. O'Reilly
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**April 27, 2021**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

**The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 25.**