UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

Terry Duncan

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-cr-00365-PMH

Defendant Terry Duncan hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - ~~Assignment of Counsel~~

_/s/ Attorney for Terry Duncan_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/_
Defendant's Counsel's Signature

Francis O'Reilly Attorney for Terry Duncan
Print Defendant's Name

Francis L. O'Reilly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Nov. 10, 2021
Date

_/s/_
U.S. District Judge/~~U.S. Magistrate Judge~~

**\*\*\* This wavier pertains to the October 26, 2021 telephonic conference. \*\*\***