UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :          **RESCHEDULING ORDER**
                                  :
**Terry L Duncan**                :          7-20-cr-00365-PMH
            Defendants.           :
                                  :
-----------------------------------------------------------x

A status conference currently scheduled for on April 12, 2022 has been rescheduled for 3:30 pm on April 14, 2022 by teleconference.

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

Accordingly, it is hereby ORDERED:

1. Defense counsel shall advise the Court in writing by 4/8/22 as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:   **(888) 398-2342**
**Access Code:**      **3456831**

Dated: March 29, 2022                    SO ORDERED:

                                         _____
                                         Philip M. Halpern, U.S.D.J