UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                        :
                                                :
v.                                              :            **RESCHEDULING ORDER**
                                                :
**Terry L Duncan,**                             :            7-20-cr-00365-PMH
                    Defendants.                 :
                                                :
------------------------------------------------------------x

Sentencing in this matter is rescheduled November 10, 2022 at 3:30 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 19, 2022            SO ORDERED:

                                   _____
                                   Philip M. Halpern, U.S.D.J