# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY1735 POST ROAD, SUITE 2C
FRANKOREILLY9@GMAIL.COMFAIRFIELD, CT 06824
TEL: (203) 913-4608

> Application granted. Defendant's sentencing has been adjourned to December 19, 2022 at 9:30 a.m. in courtroom 520. Any written submissions by Defendant shall be filed by December 5, 2022, and the Government's response shall be filed by December 12, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 20, 2022

October 20, 2022

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains. NY 10601

Re:United States v. Terry Duncan DK#20cr365(PMH)

Dear Judge Halpern:

I write to request a short adjournment of the defendant's sentencing currently scheduled for November 10, 2022. The basis for this request is that the undersigned has a long scheduled vacation from November 4, 2022 to November 19, 2022, which conflicts with the sentencing date in this case. Additionally, the undersigned would like to inform the Court that he has a trial scheduled beginning December 5, 2022, which is scheduled to last two weeks. Lastly, I have contacted Assistant United States Attorney Jeffrey Coffman and he has no objection to this request. Therefore, for all of the above reasons the undersigned respectfully requests a short adjournment of the defendant's sentencing in this case.

Very truly yours,

Francis L. O'Reilly